UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 28, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR D. SCURRY <br><br> Defendant. | Case No. 2:17-po-0273 EFB <br><br> **ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ARTHUR D. SCURRY</u> Case No. <u>2:17-po-0273 EFB</u> Charges <u>41 CFR 102-74.390</u> from custody for the following reasons:

       x    Release on Personal Recognizance

       _____ Bail Posted in the Sum of $ _____

       _____ Unsecured Appearance Bond $ _____

       _____ Appearance Bond with 10% Deposit

       _____ Appearance Bond with Surety as stated on the record in open court.

       _____ Corporate Surety Bail Bond

       _____ (Other): <u>Defendant is to be released IMMEDIATELY.</u>

Issued at Sacramento, California on at 2:00 PM on October 28, 2021

By: _____
Magistrate Judge Dennis M. Cota